UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-97 RM |
| ) | |
| MANUEL N. LOPEZ (1) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 7, 2007 [Doc. No. 50]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Manuel Lopez's plea of guilty, and FINDS the defendant guilty of Counts 5 and 6 of the Indictment, in violation of 18 U.S.C. § 924(c)(1)(A) and 8 U.S.C. §1326(a).

SO ORDERED.

ENTERED:   December 27, 2007

                              /s/ Robert L. Miller, Jr.
                              Chief Judge
                              United States District Court